IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JOHN AND THERESA            )
SOPHOCLEUS                  )
                            )
    Plaintiffs,             )
                            )
    v.                      )     CIVIL ACTION NO.
                            )       3:00cv652-MHT
ALABAMA DEPARTMENT OF       )            (WO)
TRANSPORTATION, et al.,     )
                            )
    Defendants.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of this court as follows:

(1) Defendants Paul Bowlin, Jimmy Butts, Margie Champion Todd Hopper, and DeJarvis Leonard's motions for summary judgment (Doc. Nos. 62 and 75) are granted.

(2) Judgment is entered in favor of defendants Bowlin, Butts, Hopper, and Leonard and against plaintiffs John and Theresa Sophocleus, with

the Sophocleus plaintiffs taking nothing on their complaint because the complaint is barred by principles of state-law preclusion.

It is further ORDERED that costs are taxed against the Sophocleus plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 12th day of March, 2009.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE